IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WHERE 2 GET IT, INC. | § |
| | § |
| v. | § C.A. NO. 1:11-cv-00223-GMS |
| | § |
| GeoTag Inc. | § |

## DECLARATION OF LAWRENCE P. HOWORTH

I, **Lawrence P. Howorth**, declare under penalty of perjury as follows:

1. My name is Lawrence P. Howorth. I am over the age of twenty-one (21) years, am competent to testify on the matters stated herein, have personal knowledge of the facts and statements in this declaration and declare that each of the facts is true and correct.

2. I am the President and Chief Financial Officer of GeoTag Inc. ("GeoTag").

3. GeoTag's executive management is located within the Eastern District of Texas, and it consists of John W. Veenstra (CEO), myself and another Vice President.

4. GeoTag contracts with support services primarily in Texas rather than hiring full time employees depending on the particular requirements. The company contracts with third parties in the areas of, for example, Investor Relations, Public Relations, Tax, Accounting, Legal, IT, Product Development, Insurance and Personnel and Payroll services.

5. GeoTag's sole office is located in the Eastern District of Texas. It consists of 3,531 sq. ft., at a current price of $6,350/month, on a 42-month lease.

6. GeoTag is not a "non-practicing entity." It has fully functioning Yellow Page offering, Zland Yellow Pages, which is run from GeoTag's office in the Eastern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Plano, Texas on this 7th day of July, 2011.

_____
Lawrence P. Howorth