**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WHERE 2 GET IT, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> GEOTAG, INC., <br><br>        Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 11-223-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

**THE NIELSEN COMPANY (US), LLC AND WILKE THORNTON, INC.'S
<u>MOTION TO INTERVENE</u>**

The Nielsen Company (US), LLC and Wilke Thornton, Inc. hereby move the Court, pursuant to Federal Rule of Civil Procedure 24(b), for leave to intervene in the present action as plaintiffs and to file the proposed complaint attached hereto as Exhibit 1.  The grounds for this motion are set forth in the Memorandum of Law and the exhibits and declaration submitted herewith.

[*Signature Page Follows*]

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Donald E. Reid*
Donald E. Reid (#1058)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
   *Attorneys for Intervenor-Plaintiffs*

OF COUNSEL:

Gregory L. Lippetz (154228)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900
E-mail:  glippetz@jonesday.com

*Counsel for Intervenor-Plaintiffs*


Mary R. True (0046880)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-4873
Facsimile:  (614) 227-2390
E-mail:  mtrue@bricker.com

*Counsel for Intervenor-Plaintiffs*

December 7, 2011


4642858.1

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011, the foregoing was caused to be served upon the following counsel of record via CM/ECF:

>Stamatios Stamoulis
>Richard Charles Weinblatt
>Stamoulis & Weinblatt LLC
>Two Fox Point Centre
>6 Denny Road, Suite 307
>Wilmington, Delaware  19809
>
>Brian E. Farnan
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>
>Kenneth Laurence Dorsney
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>P.O. Box 2306
>Wilmington, DE  19899-2306

>>*/s/ Donald E. Reid*
>>Donald E. Reid (#1058)