IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WHERE 2 GET IT, INC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-223-RGA |
| GEOTAG INC., | : | |
| Defendant. | : | |

**ORDER**

For the reasons stated in open court, this **6TH** day of **March 2012**, IT IS HEREBY ORDERED that:

1. The Motion to Intervene (D.I. 21) is **DENIED**;

2. The Motion to Dismiss (D.I. 11) is **DENIED**; and

3. The Motion to Transfer Case to the Eastern District of Texas (D.I. 11) is **GRANTED**,

and the Case is ordered transferred to the Eastern District of Texas.

_____
United States District Judge